UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-cv-21153-GAYLES

ANDRES GOMEZ,

    Plaintiff,

v.

PETCO ANIMAL SUPPLIES STORE, INC.,

    Defendants.

_____/

**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Notice of Settlement [ECF No. 9], which indicates that this matter has settled in full. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal and/or Settlement Agreement along with any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of May, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE